UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONTINENTAL CASUALTY COMPANY,

Plaintiff,

- against -

PROLERIZED NEW ENGLAND COMPANY LLC as alleged successor to PROLERIZED NEW ENGLAND (JOINT VENTURE); PROLERIDE TRANSPORT SYSTEMS, INC, d/b/a PROLERIZED NEW ENGLAND COMPANY (JOINT VENTURE); NORTHWESTERN NATIONAL INSURANCE COMPANY; HARTFORD ACCIDENT AND INSURANCE COMPANY, and HARTFORD CASUALTY INSURANCE COMPANY,

Defendants.

**ORDER**

19 Civ. 3116 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons set forth on the record at today's conference, the Court grants defendant Northwestern National Insurance Company's uncontested motion to stay this case as to it until the company's estate is liquidated (Dkt. No. 44). The application of defendants Prolerized New England Company LLC and Proleride Transport Systems, Inc. to amend their answer (Dkt. No. 54) is granted. An amended answer should be filed no later than **December 6, 2019**. The parties shall confer and attempt to reach an agreement regarding the phasing of discovery and file a joint letter setting forth their positions by **December 9, 2019**.

Dated: New York, New York
December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge