IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,

                      Plaintiffs,              Civil Action No. 19-cv-03116 (PG)

v.

PROLERIZED NEW ENGLAND COMPANY LLC    [PROPOSED] **BRIEFING**
as alleged successor to PROLERIZED NEW ENGLAND   **SCHEDULE FOR SUMMARY**
(JOINT VENTURE) and as the real party in interest with   **JUDGMENT MOTIONS ON THE**
respect to claims asserted against HARTFORD   **DUTY TO DEFEND**
ACCIDENT AND INDEMNITY COMPANY and
HARTFORD CASUALTY INSURANCE COMPANY;
PROLERIDE TRANSPORT
SYSTEMS, INC. d/b/a PROLERIZED NEW
ENGLAND COMPANY (JOINT VENTURE); and
NORTHWESTERN NATIONAL INSURANCE
COMPANY,

                      Defendants.
-------------------------------------------------------------------X

Pursuant to the Court's endorsement to the joint letter filed by Continental Casualty Company on December 10, 2019, the parties submit this [Proposed] Briefing Schedule for any summary judgment motions on the duty to defend:

1. The discovery deadline for the duty to defend is **January 31, 2020**;

2. Any summary judgment motion on the duty to defend shall be filed on or before **February 28, 2020**;

3. Opposition shall be filed on or before **April 3, 2020**; and

Error! Unknown document property name.

4. Any Reply shall be filed on or before **May 1, 2020**.

Dated: January 10, 2020

*Rodrigo C. Tordecilla* (signature)
Matthew B. Anderson
Rodrigo C. Tordecilla
Mendes & Mount LLP
750 7th Avenue
New York, NY 10019
Tel: 212-261-8000
Fax: 212-261-8750
Matthew.Anderson@mendes.com
Rodrigo.Tordecilla@mendes.com
*Attorneys for Plaintiff Continental Casualty Company*

*Stephen H. Galloway* (signature)
Stephen H. Galloway
Crystal C. Chase
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: 503-294-9369
Fax: 503-220-2480
Stephen.galloway@stoel.com
*Attorneys for Prolerized New England Company LLC and Proleride Transport Systems, Inc.*

**SO ORDERED:**

_____
Hon. Paul G. Gardephe, U.S.D.J.

Dated: Feb. 21, 2020