UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTINENTAL CASUALTY COMPANY,

                  Plaintiff,

- against -

PROLERIZED NEW ENGLAND COMPANY LLC as alleged successor to PROLERIZED NEW ENGLAND (JOINT VENTURE); PROLERIDE TRANSPORT SYSTEMS, INC, d/b/a PROLERIZED NEW ENGLAND COMPANY (JOINT VENTURE); NORTHWESTERN NATIONAL INSURANCE COMPANY; HARTFORD ACCIDENT AND INSURANCE COMPANY, and HARTFORD CASUALTY INSURANCE COMPANY,

                  Defendants.

**ORDER**

19 Civ. 3116 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this case on **November 13, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 4, 2025

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge