UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

CONTINENTAL CASUALTY COMPANY,

                 Plaintiff,

- against -

PROLERIZED NEW ENGLAND COMPANY LLC as alleged successor to PROLERIZED NEW ENGLAND (JOINT VENTURE); PROLERIDE TRANSPORT SYSTEMS, INC, d/b/a PROLERIZED NEW ENGLAND COMPANY (JOINT VENTURE); NORTHWESTERN NATIONAL INSURANCE COMPANY; HARTFORD ACCIDENT AND INSURANCE COMPANY, and HARTFORD CASUALTY INSURANCE COMPANY,

                 Defendants.

**ORDER**

19 Civ. 3116 (PGG)

---------------------------------------------------------------

PAUL G. GARDEPHE, U.S.D.J.:

      On December 10, 2019, this Court ordered that this matter be stayed as to Defendant Northwestern National Insurance Company ("NNIC") until the company's estate was liquidated. (Dkt. No. 61) On November 11, 2025, counsel of record for NNIC filed a letter informing the Court and the parties that NNIC's liquidation is complete. (Dkt. No. 103) Accordingly, the stay as to NNIC is lifted.

      For the reasons discussed in open court today, all remaining claims in this action are dismissed without prejudice. The Clerk of Court is directed to close this case.

Dated: New York, New York
       November 13, 2025

SO ORDERED.

*Paul Gardephe*

_____
Paul G. Gardephe
United States District Judge